# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br><br>ON THE WAY LIQUOR CO., a business of unknown form; REX H. STEVENS, successor trustee of THE CHESTER M. WINEBRIGHT TRUST, DATED June 16, 2005; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-06507-AB-RAO<br><br><br>~~Proposed~~ Judgment |

JUDGMENT

Upon review of the court files, the application for default judgment, the declarations submitted in support of default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff CARMEN JOHN PERRI shall have JUDGMENT in his favor in the amount of $8,647.00 against Defendants ON THE WAY LIQUOR CO. and REX H. STEVENS, successor trustee of THE CHESTER M. WINEBRIGHT TRUST, DATED June 16, 2005 as follows:

(1) Injunctive relief enjoining Defendants from further violations of the ADA, 42 U.S.C. § 12181, et. seq. and UCRA Civil Code § 51 et. seq., and mandating that Defendants provide an ADA compliant premises that is readily achievable;

(2) $4,000 in statutory damages pursuant to Cal. Civ. Code § 52(a); and

(3) Attorneys' fees and costs in the amount of $4,647.00

DATED: December 04, 2018

Hon. André Birotte Jr.
**United States District Judge**

1
~~Proposed~~ JUDGMENT